JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
BRADLEY P. HUMPHREYS (D.C. Bar No. 988057)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC  20005
Tel.:  (202) 305-0878
Fax:  (202) 616-8460
Email:  Bradley.Humphreys@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, by and through ATTORNEY GENERAL XAVIER BECERRA, | ) ) ) Case No.: 3:19-cv-01184-EMC |
| Plaintiff, | ) ) **NOTICE OF APPEARANCE** ) |
| v. | ) Judge:     Hon. Edward M. Chen ) |
| ALEX M. AZAR, in his OFFICIAL CAPACITY as SECRETARY of the U.S. DEPARTMENT of HEALTH & HUMAN SERVICES; U.S. DEPARTMENT of HEALTH & HUMAN SERVICES, | ) Date Filed: March 14, 2019 ) ) Trial Date: None ) ) ) ) |
| Defendants. | ) ) |

PLEASE TAKE NOTICE that Bradley Humphreys of the United States Department of

Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record for

Defendants in this action.

Dated: March 14, 2019                Respectfully submitted,

                         JOSEPH H. HUNT
                         Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(DC Bar No. 988057)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 305-0878
Fax:  (202) 616-8460
Email:  Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

I also certify that I sent the foregoing document, via email, to all counsel of record who are registered on the CM/ECF system in *State of California v. Azar*, No. 3:19-cv-01184-EMC (N.D. Cal.), and *Essential Access Health, Inc. v. Azar*, No. 4:19-cv-01195-YGR (N.D. Cal.).


*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPRHEYS
(D.C. Bar No. 988057)