Madison Condon, N.Y. State Bar #5653480 *(pro hac vice pending)*
madison.condon@nyu.edu
Denise Grab, Cal. State Bar #268097
denise.grab@nyu.edu
Jason A. Schwartz, Virginia State Bar #73398 *(pro hac vice pending)*
jason.schwartz@nyu.edu
Institute for Policy Integrity
New York University Law School
139 MacDougal, 3rd floor
New York, NY 10012
T: (212) 998-6239

Counsel for *Amicus Curiae* Institute for Policy Integrity

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, Attorney General;<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX AZAR, in his OFFICIAL CAPACITY as SECRETARY of the U.S. DEPARTMENT of HEALTH & HUMAN SERVICES; U.S. DEPARTMENT of HEALTH & HUMAN SERVICES,<br>*Defendants*. | Case No. 3:19-cv-01184-EMC<br><br>[PROPOSED] ORDER<br><br>Judge: The Honorable Edward M. Chen |
| ESSENTIAL ACCESS HEALTH, INC.; MELISSA MARSHALL, M.D.<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX AZAR, in his OFFICIAL CAPACITY as SECRETARY of the U.S. DEPARTMENT of HEALTH & HUMAN SERVICES; U.S. DEPARTMENT of HEALTH & HUMAN SERVICES; and DOES 1-25<br><br>*Defendants*. | Case No. 3:19-cv-01195-EMC |

Proposed Order Granting Motion for Leave to File Brief *Amicus Curiae*
Case No. 3:19-cv-01184-EMC / 3:19-cv-01195-EMC

1   This matter having come before the Court by motion of proposed *amicus curiae* Institute for
2   Policy Integrity at New York University School of Law, seeking leave to file a brief *amicus curiae* in
3   the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being
4   otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation.

6   IT IS HEREBY ORDERED:

7   The Motion to File an *Amicus Curiae* Brief in Support of Plaintiffs is GRANTED.

8   This __5th__ day of __April__, 2019.

_____
The Honorable Edward M. Chen
United States District Judge