# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 18, 2019     **Time:** 12:34 – 2:48  =      **Judge:** EDWARD M. CHEN
2 Hours; 14 Minutes

**Case No.**: 19-cv-01184-EMC     **Case Name:** State of California v. Azar /
**Related to**: 19-cv-01195-EMC                     Essential Access Health, Inc. et al v. Azar II

**Attorneys for Plaintiff:** Anna Rich, Michelle Ybarra, Justina Sessions, Sophie Hood, Divya Musinipally, Kathryn Bowen, Philip Tassin

**Attorneys for Government:** James Burnham, R. Charlie Merritt

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Debra Pas

## PROCEEDINGS

[26] [25] Motion for Preliminary Injunction - held.

## SUMMARY

Parties stated appearances and proffered argument.

The Court takes the matter under submission.