# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 20, 2020　　　**Time:** 2:16-3:55  =　　　**Judge:** EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　1 Hour; 39 Minutes

**Case No.**:　19-cv-01184-EMC　　**Case Name:** State of California v. Azar /
**Related to**: 19-cv-01195-EMC　　　　　　　　　　Essential Access Health, Inc. et al v. Azar II

**Attorneys for Plaintiff:** Anna Rich, Ketakee Kim, Michelle Ybarra, Justina Sessions

**Attorneys for Government:** Bradley Humphreys, R. Charlie Merritt

**Deputy Clerk:** Angella Meuleman　　　　**Court Reporter:** Marla Knox

## PROCEEDINGS

[162] Motion for Partial Summary Judgment – held;
[167] Motion to Dismiss – held;
[134] Motion for Summary Judgment – held;
[138] Motion to Dismiss – held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes the matter under submission.