**FILED**

**MAY 8 2020**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>ALEX M. AZAR II, in his Official Capacity as Secretary of the U.S. Department of Health & Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>        Defendants-Appellants. | No. 19-15974<br><br>D.C. No. 3:19-cv-01184-EMC<br>Northern District of California, San Francisco<br><br><br>ORDER |
| ESSENTIAL ACCESS HEALTH, INC.; MELISSA MARSHALL, M.D.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants-Appellants. | No. 19-15979<br><br>D.C. No. 3:19-cv-01195-EMC<br>Northern District of California, San Francisco |

| | |
|---|---|
| STATE OF OREGON; et al., | No.   19-35386 |
| Plaintiffs-Appellees, | D.C. Nos.   6:19-cv-00317-MC |
| v. | 6:19-cv-00318-MC |
| ALEX M. AZAR II; et al., | District of Oregon, Eugene |
| Defendants-Appellants. | |

| | |
|---|---|
| STATE OF WASHINGTON; et al., | No.   19-35394 |
| Plaintiffs-Appellees, | D.C. Nos.   1:19-cv-03040-SAB |
| v. | 1:19-cv-03045-SAB |
| ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; et al., | Eastern District of Washington, Yakima |
| Defendants-Appellants. | |

Before:  THOMAS, Chief Judge, and LEAVY, WARDLAW, W. FLETCHER, PAEZ, BYBEE, CALLAHAN, M. SMITH, IKUTA, MILLER and LEE, Circuit Judges.

A majority of the panel has voted to deny the Petition of Plaintiffs-Appellees Essential Access Health, Inc. and Melissa Marshall, M.D. for Full Court or Limited En Banc Court Rehearing (Case No. 19-15974, ECF No. 139; Case No. 19-15979,

2

ECF No. 135); the Petition of the State of California et al. for En Banc or Full Court Rehearing (Case No. 19-15974, ECF No. 139; Case No. 19-15979, ECF No. 131; Case No. 19-35386, ECF No. 180); the Petition of Plaintiffs-Appellees National Family Planning & Reproductive Health Association et al. for Full Court or Limited En Banc Court Rehearing (Case No. 19-35394, ECF No. 139); the Petition of Plaintiffs-Appellees American Medical Association et al. for Full Court or Limited En Banc Court Rehearing (Case No. 19-35386, ECF No. 179) (collectively, the "Petitions").

Judges Leavy, Bybee, Callahan, M. Smith, Ikuta, Miller, and Lee voted to deny the Petitions. Judge Paez voted to grant the Petitions.

The full court has been advised of the Petitions, and no Judge has requested a vote on whether to rehear the matter as a full court. Fed. R. App. P. 35.

The Petitions are DENIED.