1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  RENU R. GEORGE, State Bar No. 262310
   Senior Assistant Attorney General
3  KATHLEEN BOERGERS, State Bar No. 213530
   Supervising Deputy Attorney General
4  ANNA RICH, State Bar No. 230195
   KETAKEE KANE, State Bar No. 291828
5  Deputy Attorneys General
    1515 Clay Street, 20th Floor
6   P.O. Box 70550
    Oakland, CA  94612-0550
7   Telephone: (510) 879-1519
    Fax: (510) 622-2270
8   E-mail: Ketakee.Kane@doj.ca.gov
   *Attorneys for Plaintiff State of California, by and*
9  *through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through ATTORNEY GENERAL XAVIER BECERRA,**<br><br>Plaintiff,<br><br>v.<br><br>**ALEX AZAR, in his OFFICIAL CAPACITY as SECRETARY of the U.S. DEPARTMENT of HEALTH & HUMAN SERVICES; U.S. DEPARTMENT of HEALTH & HUMAN SERVICES,**<br><br>Defendants. | Case Nos.  3:19-cv-01184-EMC;<br>                3:19-cv-01195-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 19 JOINT STATUS CONFERENCE**<br><br>Dept:    Courtroom 5, 17th floor<br>Judge:   Hon. Edward M. Chen<br>Trial Date: TBD<br>Action Filed:  March, 2019 |

Plaintiffs the State of California, Essential Health Access, Inc., and Melissa Marshall, M.D. (collectively, Plaintiffs) and Defendants Alex M. Azar, in his official capacity as Secretary of the U.S. Department of Health & Human Services, and the U.S. Department of Health and Human Services (collectively, Defendants), through their counsel of record, stipulate as follows:

1. On October 5, 2020, Plaintiff California filed a petition for writ of certiorari before the United States Supreme Court regarding the Ninth Circuit decision in *California v. Azar*, 950 F.3d 1067 (9th Cir. 2020). ECF 195. Plaintiffs Essential Access and Dr. Marshall also filed a petition for writ of certiorari before the United States Supreme Court on October 1, 2020.

2. On October 7, 2020, in a parallel litigation regarding the same Title X rule, the United States Department of Justice filed a petition for writ of certiorari regarding the Fourth Circuit decision in *Mayor of Baltimore v. Azar*, 973 F.3d 258 (4th Cir. 2020).

3. The petitions are pending before the Supreme Court.

4. Accordingly, the parties request that the joint status conference scheduled for November 19, 2020 be continued to March 11, 2021 because the Supreme Court's resolution of a petition for a writ of certiorari may materially impact this case.

5. The parties further request that the case remain stayed until March 11, 2021.

**IT IS SO STIPULATED.**

Dated:  November 12, 2020                                    Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
KATHLEEN BOERGERS
Supervising Deputy Attorney General
ANNA RICH

 */s/ Ketakee Kane*
KETAKEE KANE
Deputy Attorneys General
*Attorneys for Plaintiff the State of California\**
*Under Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

1

(3:19-cv-01184-EMC; 3:19-cv-01195-EMC)

| | | |
|---|---|---|
| 1 | Dated: November 12, 2020 | KEKER, VAN NEST & PETERS LLP |
| 2 | | |
| 3 | | By: */s/ Divya Musinipally* |
| | | MICHELLE YBARRA |
| 4 | | SOPHIE HOOD |
| | | SARAH SALOMON |
| 5 | | DIVYA MUSINIPALLY |
| | | CONNIE SUNG |
| 6 | | |
| 7 | | Attorneys for Plaintiffs |
| | | ESSENTIAL ACCESS HEALTH, INC. |
| | | and MELISSA MARSHALL, M.D. |
| 8 | | |
| 9 | Dated: November 12, 2020 | Respectfully Submitted, |
| 10 | | JEFFREY BOSSERT CLARK |
| | | Acting Assistant Attorney General |
| 11 | | |
| | | DAVID L. ANDERSON |
| 12 | | United States Attorney |
| 13 | | JOHN V. COGHLAN |
| | | Deputy Assistant Attorney General |
| 14 | | |
| | | MICHELLE R. BENNETT |
| 15 | | Assistant Branch Director |
| 16 | | */s/ Bradley P. Humphreys* |
| | | BRADLEY P. HUMPHREYS |
| 17 | | (DC Bar No. 988057) |
| | | Trial Attorney |
| 18 | | United States Department of Justice |
| | | Civil Division, Federal Programs Branch |
| 19 | | 1100 L Street, NW |
| | | Washington, DC 20005 |
| 20 | | Tel: (202) 305-0878 |
| | | Fax: (202) 616-8460 |
| 21 | | Email: Bradley.Humphreys@usdoj.gov |

2

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation to continue the joint status conference, orders as follows:

1. The parties' joint status conference is continued to March 11, 2021. The parties' joint status conference statement is due on March 4, 2021.

2. The case is stayed until March 11, 2021.

**IT IS SO ORDERED.**

Dated:

                                                                The Honorable Edward M. Chen
United States District Judge

OK2019600558
FINAL California v. Azar -  Stipulation 11-12-2020.docx